# In the United States Court of Federal Claims

No. 17-183 C
Filed: August 8, 2017

```
*******************************
                              *
                              *
SIGMATECH, INC.,              *
                              *
        Plaintiff,            *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
        Defendant.            *
                              *
                              *
*******************************
```

### ORDER GRANTING MOTION TO AMEND THE ADMINISTRATIVE RECORD AND DENYING MOTION FOR A PRELIMINARY INJUNCITON

On August 2, 2017, Plaintiff filed a Motion to Supplement The Record And To Allow Supplemental Briefing Relating to Defendant's Post-Briefing Actions, requesting that the court include Amendment 3 to Solicitation No. W91CRB-16-R-0039 in the Administrative Record. ECF No. 39.  On August 7, 2017, Plaintiff filed a Motion For A Preliminary Injunction And Incorporated Memorandum Of Law.  ECF No. 40.  On August 8, 2017, the court convened a Status Conference to consider these motions.

Pursuant to that Status Conference, the court grants Plaintiff's Motion to Supplement the Administrative Record, because the court has determined that Amendment 3 to Solicitation No. W91CRB-16-R-0039 is part of the Administrative Record.  In addition, the court denies Plaintiff's Motion For A Preliminary Injunction.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**